

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00401-CV

| | | |
|---|---|---|
| JOE GRISEL, DAVID MORRISON, HMCRT, LLC, ENVISAGE CAPITAL, LLC, CYNDEX SERVICES LLC, WANDA J. BARRERAS, AND C-7 DEVELOPMENT PARTNERS, LLC, Appellants | § § § | On Appeal from the 348th District Court of Tarrant County (348-282711-15) |
| V. | § | March 10, 2022 |
| EVEREST INTERNATIONAL, LLC, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed in part. We reverse the trial court's judgment as to Appellants Wanda J. Barreras and Cyndex Services LLC and order that Appellee Everest International, LLC take nothing against them. We affirm the remainder of the trial court's judgment.

It is further ordered that Appellants Joe Grisel, David Morrison, HMCRT, LLC, Envisage Capital, LLC, and C-7 Development Partners, LLC must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr